```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :       INDICTMENT

        - v. -                    :       08 Cr.

LAVAUGHN WALKER,                  :

              Defendant.          :       08CRIM 259

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about February 8, 2008, in the Southern District of New York, LAVAUGHN WALKER, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about December 5, 2002, in New York Supreme Court, Bronx County, for Attempted Assault in the Second Degree, in violation of New York Penal Law 120.05(1), a Class E felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a 9 mm Ruger semi-automatic handgun, and ammunition, to wit, twenty-two rounds of 9 mm ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____              _____
FOREPERSON                              MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LAVAUGHN WALKER,

Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1).)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

*[handwritten notes:]* 3/24/08 Indictment filed. Case assigned to Judge Castel
AJP