# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
*Executive Director*

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 5/1/08 |

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

## MEMO ENDORSED

April 30, 2008

**VIA FACSIMILE**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Lavaughn Walker**
    **08 Cr. 259 (PKC)**

Dear Judge Castel:

    With the consent of the government, I write on behalf of my client, Lavaughn Walker, to request an adjournment of the next court conference, currently scheduled for Wednesday May 1, 2008. I have received a <u>Pimentel</u> letter from the government, but have not had the opportunity to visit my client at the MDC to discuss it. I request that Mr. Walker's status conference be adjourned to for two weeks so that I may do so prior to the conference.

    On behalf of Mr. Walker, I waive any objection to the exclusion of time between this writing and the adjourn date from any speedy trial calculation.

Respectfully submitted,

Peggy M. Cross
Staff Attorney
Tel.: (212) 417-8732

cc: AUSA Howard Master

*[Handwritten endorsement:]* The conference scheduled for May 1 is adjourned to May 14, 2008 at 10:00 a.m. I find that the ends of justice will be served by the grant of a continuance and the need for a continuance outweighs the best interest of the public and the defendant in a speedy trial. The reasons for my finding is that the time is needed for defendant to consider his options accordingly. Time is excluded under the Speedy Trial Act until next conference. SO ORDERED. [signature] USDJ 4-30-08

TOTAL P.002